| From: | Valerie Najera-CW |
|---|---|
| To: | Krystal Perez-CW |
| Subject: | FW: 04-18-00438-CV Shopoff v. First American |
| Date: | August 8, 2018 11:04:04 AM |
| Attachments: | 04-18-00438-CV ANT Sworn Record 08-06-18.pdf |
| | 04-18-00438-CV Ant Mtn to File Sworn Record 07-06-18.pdf |
| | 04-18-00438-CV NOLR- RR 07-10-18.pdf |
| | 18-00438-CV Shopoff v First American Order.docx |

Krystal,

Please prepare the attached order. Thanks!

Valerie

**From:** Karen Angelini-CW
**Sent:** Wednesday, August 8, 2018 10:46 AM
**To:** Valerie Najera-CW <Valerie.Najera-CW@txcourts.gov>
**Subject:** FW: 04-18-00438-CV Shopoff v. First American

ok

**From:** Valerie Najera-CW
**Sent:** Wednesday, August 8, 2018 9:19 AM
**To:** Karen Angelini-CW <Karen.Angelini-CW@txcourts.gov>
**Subject:** FW: 04-18-00438-CV Shopoff v. First American

Judge,

You didn't respond to this email yesterday. Thanks!

**From:** Valerie Najera-CW
**Sent:** Tuesday, August 7, 2018 3:56 PM
**To:** Karen Angelini-CW <Karen.Angelini-CW@txcourts.gov>
**Subject:** FW: 04-18-00438-CV Shopoff v. First American

Judge,

Please see the attached draft order. Thanks!

Valerie

**From:** Krystal Perez-CW
**Sent:** Monday, August 6, 2018 4:32 PM
**To:** Valerie Najera-CW <Valerie.Najera-CW@txcourts.gov>
**Subject:** 04-18-00438-CV Shopoff v. First American

Valerie,
Attached is the Appellant's Sworn Record filed.

Thank you,
*Krystal M. Perez*
Deputy Clerk III
Fourth Court of Appeals
(210) 335-3854
krystal.perez@txcourts.gov